

# THE ATTORNEY GENERAL
## OF TEXAS

WAGGONER CARR
ATTORNEY GENERAL

AUSTIN, TEXAS 78711

December 16, 1964

Honorable Byron Tunnell, Speaker
Texas House of Representatives
Austin, Texas

Opinion No. C-364

Re: Whether, under the Consti-
tution of Texas, a repre-
sentative-elect would be
entitled to receive a salary
for being employed as a
teacher in an independent
school district at any time
during his term of office as

Dear Sir:

a member of the Legislature.

You have requested the opinion of this office as to
whether the Constitution of Texas will permit a representative-
elect to receive a salary for his employment as a teacher in
an independent school district at any time during his term of
office as a member of the Legislature.

Section 33 of Article XVI of the Texas Constitution is
quoted in part as follows:

"Sec. 33. The Accounting Officers of
this State shall neither draw nor pay a war-
rant upon the Treasury in favor of any per-
son, for salary or compensation as agent,
officer or appointee, who holds at the same
time any other office or position of honor,
trust or profit, under this State or the
United States, except as prescribed in this
Constitution. . . ."

In Attorney General's Opinion O-4433 (1942), written by
Judge Ocie Speer during the administration of the Honorable
Gerald C. Mann, it was held that the position of teacher in an
independent school district was a position of honor, trust or
profit within the terms of Section 33 of Article XVI. Therefore,
since the positions of legislator and teacher are both positions
of honor, trust or profit, one person may not at the same time
hold both positions. In answer to your specific question, this

-1727-

office is constrained to hold that a representative-elect would not be entitled to receive a salary for his employment as a teacher by an independent school district at any time during his term of office as a member of the Legislature.

## SUMMARY

A representative-elect would not be entitled to receive a salary for his employment as a teacher by an independent school district at any time during his term of office as a member of the Legislature, by virtue of the prohibitions contained in Section 33, Article XVI, Texas Constitution.

Very truly yours,

WAGGONER CARR
Attorney General

By Malcolm L. Quick
Assistant

MLQ:ms

APPROVED:

OPINION COMMITTEE

W. V. Geppert, Chairman
Bill Osborn
Grady Chandler
W. O. Shultz
Arthur Sandlin

APPROVED FOR THE ATTORNEY GENERAL
By: Stanton Stone